**Billy G. MARTIN, Plaintiff—Appellant,**

v.

**Michael HOLLAND, Trustee; Joseph P. Brennan, Trustee; Marty D. Hudson, Trustee; B.V. Hyler, Trustee; Trustees of the 1974 Pension Plan, Defendants—Appellees.**

No. 05–1393.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 22, 2006.

Decided: April 6, 2007.

Roger W. Rutherford, Wolfe, Williams & Rutherford, Norton, Virginia, for Appellant. Glenda S. Finch, Deputy General Counsel, Carolyn O. Dutrow, Assistant General Counsel, Washington, D.C., for Appellees.

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Martin appeals the district court's order dismissing his complaint alleging a violation of the Employee Retirement Income Security Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Martin v. Holland*, No. CA–04–72 (W.D.Va. Mar. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*